<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-2042**

_____

ATUL SHARMA,

              Petitioner,

      v.

LORETTA E. LYNCH, Attorney General,

              Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted:  August 7, 2015         Decided:  August 18, 2015

_____

Before WYNN and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Mark A. Mancini, WASSERMAN, MANCINI & CHANG, Washington, D.C., for Petitioner.  Benjamin C. Mizer, Principal Deputy Assistant Attorney General, Shelley R. Goad, Assistant Director, Kristen Giuffreda Chapman, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Atul Sharma, a native and citizen of India, petitions for review of an order of the Board of Immigration Appeals, denying his motion to reconsider. We deny the petition for review.

A motion to reconsider must specify the errors of law or fact in the Board's prior decision. See 8 U.S.C. § 1229a(c)(6)(C) (2012); 8 C.F.R. § 1003.2(b) (2015). We review the denial of a motion to reconsider for abuse of discretion and will reverse the Board's decision only if it is arbitrary, irrational, or contrary to law. Narine v. Holder, 559 F.3d 246, 249 (4th Cir. 2009).

We conclude that the Board did not abuse its discretion in finding Sharma did not show there was an error of law or fact in the prior decision and denying the motion to reconsider. Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2